

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:TRP
F. #2019R00980

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 28, 2024

By ECF
The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Aleksandr Popan
             Criminal Docket No. 19-456 (PKC)

Dear Judge Chen:

      Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-referenced case, the terms of which the defendant, Aleksandr Popan, has agreed to in connection with his guilty plea accepted by Your Honor on January 29, 2024. The government respectfully requests that the Court "so order" the enclosed Order in accordance with Fed. R. Crim. P. 32.2 (b)(2)(A), that it be orally pronounced as part of the Court's sentencing of the defendant and attached to the Judgment of Conviction.

      Thank you for Your Honor's consideration of this request.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/ Tanisha R. Payne
        Tanisha R. Payne
        Assistant U.S. Attorney
        718-254-6358

Encl.:  Order of Forfeiture
cc:     Counsel of Record (by ECF)