UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | NOTICE OF INTENT TO <u>REQUEST JUDICIAL REMOVAL</u> |
| - against - | |
| ALEKSANDR POPAN,<br> a/k/a Alexandru Popan,<br> a/k/a Alexander Popan,<br> a/k/a Alexandr Popan,<br> a/k/a Alexander Popandopulo | 19 CR 456 (PKC) |
|    Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

NOTICE IS HEREBY GIVEN TO ALEKSANDR POPAN, ("the defendant") a/k/a Alexandru Popan, a/k/a Alexander Popan, a/k/a Alexandr Poplan, a/k/a Alexander Popandopulo, and to his attorney of record, James Darrow, Esq. that upon conviction of the defendant for a violation of Title 18, United States Code, Section 1956(h), the United States of America shall request that the Court issue a Judicial Order of Removal against the defendant pursuant to Section 238(c) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1228(c).

Dated: Brooklyn, New York
    July 9, 2024

               BREON PEACE
               United States Attorney
               Eastern District of New York

       By: _____
          Nicholas J. Moscow
          Assistant United States Attorney

         VICTOR ZAPANA Digitally signed by VICTOR ZAPANA
                    Date: 2024.01.19 11:26:48 -05'00'
         _____
         Victor Zapana
         Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | FACTUAL ALLEGATIONS IN SUPPORT <br> <u>OF JUDICIAL REMOVAL</u> |
| - against - | |
| ALEKSANDR POPAN, <br>   a/k/a Alexandru Popan, <br>   a/k/a Alexander Popan, <br>   a/k/a Alexandr Popan, <br>   a/k/a Alexander Popandopulo | 19 CR 456 (PKC) |
|    Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

NOTICE IS HEREBY GIVEN TO ALEKSANDR POPAN, ("the defendant") a/k/a Alexandru Popan, a/k/a Alexander Popan, a/k/a Alexandr Poplan, a/k/a Alexander Popandopulo, and to his attorney of record, James Darrow, Esq., that the United States of America alleges the following facts in support of the Notice of Intent to Request Judicial Removal:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of the former USSR and a citizen of Moldova. The defendant is also a citizen of Russia.

3. On October 13, 2023, the defendant was paroled into the United States at John F. Kennedy International Airport in Queens, New York.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Eastern District of New York, under Count Thirty-One of the Indictment, charging the defendant with conspiracy to commit money laundering, in

violation of Title 18, United States Code, Section 1956(h). Further, the defendant acknowledges he obtained and/or acquired property that is subject to forfeiture as a result of his violation of 18 U.S.C. §1956(h), as alleged in the Indictment. The defendant consents to the entry of forfeiture money judgement in the amount of $100,000 in United States currency ("Forfeiture Money Judgment").

5.  The maximum sentence for this violation is twenty-seven years' imprisonment. 18 U.S.C. §§ 1956(a)(1), 3559(g)(1).

6.  The defendant is, and at sentencing will be, subject to removal from the United States pursuant to Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1182(a)(2)(A)(i)(I), in that he has been convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime); Section 212(a)(7)(B)(i)(II) of the Immigration and Nationality Act, as amended, 8 U.S.C. § 1182(a)(7)(B)(i)(II), as a nonimmigrant who is not in possession of a valid nonimmigrant visa or border crossing identification card at the time of application for admission.

WHEREFORE, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), the United States of America requests that the Court order the defendant removed from the United States to Moldova.

Dated:      Brooklyn, New York
            July 9, 2024

                                                BREON PEACE
                                                United States Attorney
                                                EASTERN District of New York

                                    By:         _____
                                                Nicholas J. Moscow
                                                Assistant United States Attorney

                                                VICTOR ZAPANA
                                                Digitally signed by VICTOR ZAPANA
                                                Date: 2024.01.19 11:27:38 -05'00'
                                                _____
                                                Victor Zapana
                                                Assistant United States Attorney